```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  FRANK J. RIEBLI (CABN 221152)
    Assistant United States Attorney
 5        450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
 6        Telephone: (415) 436-7200
          FAX: (415) 436-7234
 7        Frank.Riebli@usdoj.gov

 8  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-478 RS |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| GAGE WYNNE, HENRY WEISS, BARBARA LOZA, and NICHOLAS CELLI, | |
| Defendants. | |

On November 10, 2015, at 2:30 p.m., defendants Gage WYNNE, Henry WEISS, Nicholas CELLI and Barbara LOZA appeared before the Court through counsel. This was the defendants' first appearance. At that hearing, the government advised the Court that the government had produced discovery to the defendants, and that the government had, that morning, received additional discovery to produce to them. The defendants advised the Court that they were reviewing the discovery they had received and would need additional time to review it and the new discovery. Therefore, the parties agreed that time should be excluded between November 10, 2015 and the next appearance for status on January 5, 2016 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER EXCLUDING TIME
CR 15-478 RS

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: November 16, 2015                    Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

       /s/
FRANK J. RIEBLI
Assistant United States Attorney

  /s/ Frank Riebli w/ permission
CANDIS MITCHELL
Attorney for Gage Wynne

  /s/ Frank Riebli with permission
STUART HANLON
Attorney for Henry Weiss

  /s/ Frank Riebli with permission
DARLENE COMSTEDT
Attorney for Nicholas Celli

  /s/ Frank Riebli with permission
GAIL SHIFMAN
Attorney for Barbara Loza

For the reasons stated above, the Court finds that the exclusion of time from November 10, 2015 through and including January 5, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: November _13_, 2015

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

ORDER EXCLUDING TIME
CR 15-478 RS