1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       FAX: (415) 436-7234
7      Frank.Riebli@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-478 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER EXCLUDING TIME |
| v. | ) |
| GAGE WYNNE, HENRY WEISS, BARBRA LOZA, and NICHOLAS CELLI, | ) |
| Defendants. | ) |

On January 5, 2016, at 2:30 p.m., defendants Gage WYNNE, Henry WEISS, Nicholas CELLI and Barbara LOZA appeared before the Court through counsel. This was the defendants' second appearance. At that hearing, the government advised the Court that the government had produced discovery to the defendants on November 25, 2015, and that the defendants were still reviewing that discovery and would need additional time to review it. Therefore, the parties agreed that time should be excluded between January 5, 2016 and the next appearance for status on February 16, 2016 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree that the ends of justice served by granting the continuance outweigh the best

ORDER EXCLUDING TIME
CR 15-478 RS

1  interest of the public and the defendant in a speedy trial.

2  SO STIPULATED.

3  DATED: January 12, 2016                              Respectfully submitted,

4                                                       BRIAN J. STRETCH
                                                        Acting United States Attorney

6                                                       _____/s/_____
                                                        FRANK J. RIEBLI
7                                                       Assistant United States Attorney

9                                                       __/s/ Frank Riebli w/ permission__
                                                        CANDIS MITCHELL
                                                        Attorney for Gage Wynne

12                                                      __/s/ Frank Riebli w/ permission__
                                                        STUART HANLON
                                                        Attorney for Henry Weiss

15                                                      __/s/ Frank Riebli w/ permission__
                                                        DARLENE COMSTEDT
                                                        Attorney for Nicholas Celli

18                                                      __/s/ Frank Riebli w/ permission__
                                                        GAIL SHIFMAN
                                                        Attorney for Barbra Loza

20      For the reasons stated above, the Court finds that the exclusion of time from January 5, 2016 through and including February 16, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: January __12__, 2016

                                                        _____
                                                        HONORABLE RICHARD SEEBORG
                                                        United States District Court Judge

ORDER EXCLUDING TIME
CR 15-478 RS