1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7200
        FAX: (415) 436-7234
7       Frank.Riebli@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            )  CASE NO. CR 15-478 RS
                                        )
14      Plaintiff,                      )  STIPULATION AND ORDER EXCLUDING TIME
                                        )
15   v.                                 )
                                        )
16 GAGE WYNNE, and                      )
   BARBARA LOZA,                        )
17                                      )
        Defendants.                     )
18                                      )
                                        )
19 _____ )

20

21

22         On February 16, 2016, at 2:30 p.m., defendants Gage WYNNE and Barbara LOZA appeared

23 before the Court through counsel.  At that hearing, the government advised the Court that the parties

24 were discussing settlement and needed additional time to determine whether the case could be resolved

25 without trial.  The parties asked to return to the Court on April 12, 2016 for a status conference.  The

26 parties agreed that time should be excluded between February 16, 2016 and the next appearance for

27 status on April 12, 2016 in order to ensure the effective preparation of counsel.  18 U.S.C.

28 § 3161(h)(7)(B)(iv).

ORDER EXCLUDING TIME
CR 15-478 RS

1    The parties agree that the ends of justice served by granting the continuance outweigh the best

2    interest of the public and the defendant in a speedy trial.

3    SO STIPULATED.

4    DATED: February 17, 2016                    Respectfully submitted,

5                                                BRIAN J. STRETCH
                                                 Acting United States Attorney
6

7                                                _____/s/_____
                                                 FRANK J. RIEBLI
8                                                Assistant United States Attorney

9

10                                               __/s/ Frank Riebli w/ permission_____
                                                 CANDIS MITCHELL
11                                               Attorney for Gage Wynne

12

13                                               __/s/ Frank Riebli w/ permission_____
                                                 GAIL SHIFMAN
14                                               Attorney for Barbara Loza

15

16    For the reasons stated above, the Court finds that the exclusion of time from February 16, 2016

17    through and including April 12, 2016 is warranted and that the ends of justice served by the continuance

18    outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

19    The failure to grant the requested continuance would deny the defendant effective preparation of

20    counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

21    SO ORDERED.

22    DATED: February _18_, 2016                 _____

23                                               HONORABLE RICHARD SEEBORG
                                                 United States District Court Judge
24

25

26

27

28