BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-478 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXCLUDING TIME |
| GAGE WYNNE, and BARBARA LOZA, | |
| Defendants. | |

On April 12, 2016, at 2:30 p.m., the government and defendants Gage WYNNE and Barbara LOZA appeared before the Court through counsel. At that hearing, the government advised the Court that the parties so far have been unsuccessful in finding terms on which to resolve the charges against the defendants. The government further advised the Court that the parties would continue to work towards resolution, but the government asked the Court to set the case for trial. Based on the parties' need to prepare for trial and counsel's trial schedule, the parties agreed to try the case beginning December 5, 2016. The parties represented that they would seek to advance the matter if they reach a

resolution prior to December 5, 2016.  The parties agreed that time should be excluded between April 12, 2016 and the start of trial on December 5, 2016 in order to ensure the effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED:  April 19, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
FRANK J. RIEBLI
Assistant United States Attorney

\_\_/s/  Frank Riebli w/ permission\_\_
CANDIS MITCHELL
Attorney for Gage Wynne

\_\_/s/  Frank Riebli w/ permission\_\_
GAIL SHIFMAN
Attorney for Barbara Loza

For the reasons stated above, the Court finds that the exclusion of time from April 12, 2016 through and including December 5, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: April __19__, 2016

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge